██ In the Matter of ROBERT E. ROLLER et al., Respondents. W.R.S.B. DEVELOPMENT COMPANY, L. L. C., et al., Appellants. (Appeal No. 1.) [689 NYS2d 897] —Order unanimously affirmed with costs. Memorandum: Supreme Court properly denied respondents' motion to dismiss the petition on the grounds that petitioners lack standing to bring this proceeding for judicial dissolution of W.R.S.B. Development Company, L. L. C. (WRSB) and Quaker Crossing, L. L. C. (Quaker Crossing) and that the petition fails to state a cause of action under Limited Liability Company Law § 702. Petitioners owned membership interests in WRSB and Quaker Crossing on the date when the proceeding was commenced and thus have standing to bring the proceeding. In addition, the petition adequately states a cause of action for judicial dissolution. (Appeal from Order of Supreme Court, Erie County, Notaro, J.—Dismiss Pleading.) Present—Green, J. P., Hayes, Pigott, Jr., Scudder and Callahan, JJ.

██ ROBERT E. ROLLER et al., Respondents, v GERALD A. BUCHHEIT, JR., Appellant. (Appeal No. 2.) [689 NYS2d 883] —Order unanimously affirmed with costs. Memorandum: Supreme Court properly denied defendant's motion to dismiss the amended complaint pursuant to CPLR 3211 (a) (1) and (7) (*see*, *Leon v Martinez*, 84 NY2d 83, 87-88; *Grossman v Pharmhouse Corp.*, 234 AD2d 918, 919; *Unadilla Silo Co. v Ernst & Young*, 234 AD2d 754). Each of the causes of action in the amended complaint states a cognizable claim for declaratory or monetary relief based on theories of unconscionability or breach of contract (*see*, *Grossman v Pharmhouse Corp.*, *supra*, at 919; *Master Lease Corp. v Manhattan Limousine*, 177 AD2d 85, 88-89, *lv dismissed* 80 NY2d 893). (Appeal from Order of Supreme Court, Erie County, Notaro, J.—Dismiss Pleading.) Present—Green, J. P., Hayes, Pigott, Jr., Scudder and Callahan, JJ.

██ In the Matter of WILLIAM D. WRIGHT et al., Appellants, v COUNTY OF ORLEANS et al., Respondents, et al., Respondents. [689 NYS2d 879] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Fahey, J. (Appeal from Judgment of Supreme Court, Orleans County, Fahey, J.—CPLR art 78.) Present—Green, J. P., Hayes, Pigott, Jr., Scudder and Callahan, JJ.